**IT IS ORDERED as set forth below:**



Date: January 23, 2024

_____Susan D. Barrett_____
United States Bankruptcy Judge
Southern District of Georgia

_____

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>Laphallen Lamon Ivey | Case No.: 21-10609-sdb |
| | Judge: Susan D. Barrett |
| Debtor(s) | Chapter: 13 |

### ORDER ON TRUSTEE'S MOTION TO DISMISS

The above Motion having been considered, the same is hereby:

☐ Granted and the case is dismissed;

☐ With prejudice against refiling for 180 days;

☐ Unless Debtor converts to Chapter 7 within 14 days, $25 conversion fee is due upon filing notice of conversion;

☐ Denied.

[✔] Denied on the condition that Debtor(s):

[ ] File a Modified Plan within fourteen (14) days.

[✔] Raise payments to $ 2,567.00 per month for the balance of the plan;

[ ] Furnish Trustee with information sufficient to permit issuance of salary deduction order instanter.

[✔] Pay $ 2,567.00 by January 25, 2024 ;

[ ] Pay $_____ per _____ until _____.

[✔] Makes all future payments to Trustee in a timely manner.

[ ] Continued to the _____ term of Court.

[ ] With payments of $_____ in the interim.

[✔] Upon failure to strictly comply with any term hereof or the Plan, the Trustee shall file and serve a Notice of Non-Compliance. If no request for a hearing is filed within 14 days of the Notice of Non-Compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate. The provisions of this paragraph shall expire 3 months from entry of this order.

[END OF DOCUMENT]

Prepared and Consented to by:

/s/ Kathryn A. Brow Aho
Signature

Kathryn A. Brow Aho
Attorney's Name for Debtor(s)

425482
Bar Number

3574 Riverwatch Parkway
Address

Augusta, GA 30907
City, State, Zip

706-755-2928
Telephone

k.brow@duncanbrow.com
Email

Consented to:

_____
Debtor

_____
Co-Debtor

Consented to by:

Huon Le - Chapter 13 Trustee

By: _____
Staff Attorney
Frederick Carpenter, GA Bar Number 341438
Joseph E. Mitchell, III, GA Bar Number 513205

PO Box 2127
Augusta, GA 30903
(706) 724-1039
Correspondence@chp13aug.org